**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:12-cv-21881-SCOLA/BANDSTRA**

CHANEL, INC.,

            Plaintiff,

vs.

AAAAABAGS.COM, *et al*,

            Defendants.

_____/

**FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

**THIS CAUSE** came before the Court upon Plaintiff, Chanel, Inc.'s ("Chanel['s]") Motion for Entry of Final Default Judgment ("Motion") of its claims against Defendants, the Partnerships and Unincorporated Associations doing business as the domain names identified on the attached Schedule "A" (the "Defendants"), pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. For the reasons set forth in the Court's Order granting the Motion, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Final Default Judgment against Defendants (ECF No. 19) is **GRANTED**. Judgment is hereby entered in favor of Plaintiff, Chanel, Inc., a corporation duly organized under the laws of the State of New York with its principal place of business in the United States located at Nine West 57th Street, New York, New York 10019, and against Defendants on all Counts of the First Amended Complaint as follows:

(1)     Permanent Injunctive Relief:

Defendants and their officers, agents, servants, employees and attorneys, and all persons

1

acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

(a)    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the Plaintiff's trademarks identified in Paragraph 13 of the First Amended Complaint (the "Chanel Marks");

(b)    using the Chanel Marks in connection with the sale of any unauthorized goods;

(c)    using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants offered for sale or sold via the domain names identified on Schedule A (the "Subject Domain Names") and/or any other website or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

(d)    falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

(e)    engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants offered for sale or sold via the Subject Domain Names and/or any other website or business are in any way endorsed by, approved by, and/or associated with Plaintiff;

(f)    using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants via the Subject Domain Names and/or any other website or business, including, without limitation, handbags;

(g)    affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants via the Subject Domain Names and/or any other website or business, as being those of Plaintiff or in any way endorsed by Plaintiff;

(h)    otherwise unfairly competing with Plaintiff;

(i)    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above; and

(j)    using the Chanel Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants, including the Internet websites operating under all of the Subject Domain Names.

(2)    Additional Equitable Relief:

(a)    In order to give practical effect to the Permanent Injunction, the Subject Domain Names are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiff's control. To the extent the current Registrars do not facilitate the transfer of the domain names to Plaintiff's control within five (5) days of receipt of this judgment, the Registries shall, within thirty (30) days, change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiff's choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiff;

(b)    Upon Plaintiff's request, the top level domain (TLD) Registry for each of the Subject Domain Names, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registry which link the Subject Domain Names to the IP addresses where the associated websites are hosted; and

(c)    Upon Plaintiff's request, the Internet Corporation for Assigned Names and Numbers ("ICANN") shall take all actions necessary to ensure that the top level domain Registry responsible for the Subject Domain Names transfers and/or disables the Subject Domain Names.

(3)    The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, on September 25, 2012.

_____

**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

3

**SCHEDULE A**
**DEFENDANTS BY SUBJECT DOMAIN NAMES AND DEFENDANT NUMBER**

| Defendant No. | Domain Name |
|---|---|
| 1 | aaaaabags.com |
| 2 | buy-chanel-bags.net |
| 2 | buycheapchanelbags2011.com |
| 2 | buycheapchanelbags2011.net |
| 2 | chanel255classicflapbag.com |
| 2 | chanel255flapbag.com |
| 2 | chanel-bags-online.com |
| 2 | chanel-bags-online.net |
| 2 | chanelbags-prices.com |
| 2 | chanelbagsprices.net |
| 2 | chanelclassicflapbag.net |
| 2 | chaneloutlet-ol.com |
| 2 | chanelwallet-chain.com |
| 2 | cheap-chanel-bags.net |
| 2 | replica-chanel-handbags.net |
| 2 | replica-chanel-bags.net |
| 3 | buyreplicabags.com |
| 4 | chanelbagforsale.net |
| 5 | chanel-bags-2011.com |
| 6 | chanelhandbagsonlineshopping.net |
| 7 | chaneloutletbags.net |
| 8 | chanelreplicabags.net |
| 9 | chanelstoreonline.net |
| 10 | chanel-tote-bag.com |
| 11 | designeroutletbags.com |
| 12 | discountchanelbags.com |
| 13 | knockoffchanelbags.com |
| 14 | knockoff-louisvuittonbags.com |
| 15 | replicahandbagsforless.net |
| 16 | vintagechanelbags.net |
| 17 | wholesalechanel.net |